

Minute Order Form (rev. 4/99)

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE MORAN | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 06 GJ 0651 | DATE | FEBRUARY 5, 2008 |
| CASE TITLE | US v. RAYMIE HENDERSON, NOWELL PATRICK LANDO & AUGUSTUS WRIGHT | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL AUGUST 2006-1 session, a quorum being present, returns the above entitled indictment in open court this date before

Judge or Magistrate Judge _Maria Valdez_

**Docket Entry:**

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO NOWELL LANDO. TO SET PRELIMINARY BAIL AT $25,000.00 (SECURED) AS TO RAYMIE HENDERSON AND AUGUSTUS WRIGHT.

FEB 05 2008

**FILED**
FEB - 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | Date docketed | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | Docketing dpty. initials | |
| | Docketing to mail notices | | | |
| | Mail AO 450 form. | | Date mailed notice | |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | Mailing dpty. initials | |