**FILED**

2-12-08

FEB 1 2 2008

Judge James B. Moran
United States District Court

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case   08 CR 106-003

USA v AUGUSTUS WRIGHT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AUGUSTUS WRIGHT

| | |
|---|---|
| SIGNATURE  s/  STANLEY L. HILL | |
| FIRM  STANLEY L. HILL & ASSOCIATES, P.C. | |
| STREET ADDRESS  651 W. WASHINGTON BLVD #205 | |
| CITY/STATE/ZIP  CHICAGO, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  1216732 | TELEPHONE NUMBER  (312) 917-8888 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES ☒   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?         YES ☒   NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES ☒   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒ NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.    RETAINED COUNSEL ☒       APPOINTED COUNSEL ☐ | |