## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | No. 08 CR 00106 |
| ) | Judge James B. Moran |
| v. ) | |
| ) | |
| **AUGUSTUS WRIGHT,** ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT, AUGUSTUS WRIGHT'S MOTION FOR DISCLOSURE OF IMPEACHING AND OTHERWISE EXCULPATORY INFORMATION & EVIDENCE

NOW COMES the Defendant, AUGUSTUS WRIGHT (hereinafter, "defendant"), by and through his attorney, STANLEY L. HILL**,** and respectfully moves this Honorable Court for an order for the disclosure of any and all impeaching and otherwise exculpatory information and/or evidence pursuant to Brady v. Maryland, 373 U.S. 83 (1963); Giglio v. United States, 405 U.S. 150 (1972).

Respectfully submitted,

/s/Stanley L. Hill

Attorney Code: 15355
Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W.  *www.stanhilllaw.com*