UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 08 CR 00106 |
| ) | Judge James B. Moran |
| v. ) | |
| ) | |
| AUGUSTUS WRIGHT, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT, AUGUSTUS WRIGHT'S MOTION
FOR PRETRIAL PRODUCTION OF JENCKS ACT MATERIAL**

NOW COMES the Defendant, AUGUSTUS WRIGHT (hereinafter, "defendant"), by and through his attorneys, STANLEY L. HILL, and respectfully moves this Honorable Court for an order for pretrial production of Government's witnesses' statements as required under the Jencks Act, and pursuant to Jencks v. United States, 353 U.S. 657 (1957).

Respectfully submitted,

/s/ Stanley L. Hill

Attorney Code: 15355
Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W.  www.stanhilllaw.com