UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 08 CR 00106 |
| ) | Judge James B. Moran |
| v. ) | |
| ) | |
| AUGUSTUS WRIGHT, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT, AUGUSTUS WRIGHT'S MOTION FOR DISCOVERY AND PRESERVATION OF AGENTS' NOTES

NOW COMES the defendant, AUGUSTUS WRIGHT (hereinafter, "defendant"), by and through his attorney, STANLEY L. HILL, and respectfully moves this Honorable Court for an order requiring the government to preserve all notes, rough notes, logs, and memoranda prepared by, or at the request of, the government's agent's and/or attorneys.

Respectfully submitted,

/s/ Stanley L. Hill

Attorney Code: 15355
Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W.  www.stanhilllaw.com