UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 08 CR 00106 |
| ) | Judge James B. Moran |
| v. ) | |
| ) | |
| AUGUSTUS WRIGHT, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT, AUGUSTUS WRIGHT'S MOTION FOR DISCLOSURE OF GRAND JURY PROCEEDINGS**

NOW COMES the defendant, AUGUSTUS WRIGHT (hereinafter, "defendant"), by and through his attorney, STANLEY L. HILL, and respectfully moves this Honorable Court for an order directing the government to disclose and provide counsel for defendant grand jury transcripts pursuant to Rule 6(e)(3)(c) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

/s/ Stanley L. Hill

Attorney Code: 15355
Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W.  www.stanhilllaw.com