**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | **No. 08 CR 00106** |
| | ) | **Judge James B. Moran** |
| **v.** | ) | |
| | ) | |
| **AUGUSTUS WRIGHT,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**DEFENDANT, AUGUSTUS WRIGHT'S MOTION COMPELLING IMMEDIATE**
**DISCLOSURE OF EXISTENCE AND SUBSTANCE OF PROMISES OF**
**IMMUNITY, LENIENCY, OR PREFERENTIAL TREATMENT**

NOW COMES the defendant, AUGUSTUS WRIGHT (hereinafter, "defendant"),

by and through his attorney, STANLEY L. HILL, and respectfully moves this Honorable

Court for an order compelling the government to immediately disclose the existence and

substance of immunity, leniency, or preferential treatment.

Respectfully submitted,

/s/ Stanley L. Hill

Attorney Code: 15355
Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W. *www.stanhilllaw.com*