# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CR 00106 |
| | ) | Judge James B. Moran |
| v. | ) | |
| | ) | |
| AUGUSTUS WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT, AUGUSTUS WRIGHT'S MOTION FOR EARLY RETURN ON TRIAL SUBPOENAS AND ISSUANCE THEREOF IN FORMA PAUPERIS

NOW COMES the defendant, AUGUSTUS WRIGHT (hereinafter, "defendant"), by and through his attorney, STANLEY L. HILL, and respectfully moves this Honorable Court for an order requiring an early return on trial subpoenas and issuance thereof in forma pauperis.

Respectfully submitted,

/s/ Stanley L. Hill

Attorney Code: 15355
Stanley L. Hill
STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T.  312.917.8888
F.  312.781.9401
E.  stanhill@core.com
W. www.stanhilllaw.com