Form No. 10R
AMERICAN LEGAL FORMS, CHICAGO, IL © Jan. 1995 (312) 372-1922

**WARRANTY DEED**
Statutory (ILLINOIS) (General)

CAUTION: Consult a lawyer before using or acting under this form. Neither the publisher nor the seller of this form makes any warranty with respect thereto, including any warranty of merchantability or fitness for a particular purpose.

THE GRANTOR (NAME AND ADDRESS)

Raymie G. Henderson

10951 s. Michigan
Chicago, Illinois
60628

0021144580
2423/0096 53 001 Page 1 of 3
2002-10-18 11:21:34
Cook County Recorder 28.50

0021144580

(The Above Space For Recorder's Use Only)

of the _____ CITY _____
of _____ COOK _____ of _____ CHICAGO _____ County
for and in consideration of _____ TEN _____ DOLLARS, _____ 00/100 _____, State of _____ ILLINOIS _____
in hand paid, CONVEY__s__ and WARRANT__s__ to

AUGUSTUS WRIGHT

(NAMES AND ADDRESS OF GRANTEES)
the following described Real Estate situated in the County of _____ COOK _____ in the State of Illinois, to wit:
(See reverse side for legal description.) hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois. SUBJECT TO: General taxes for _____ and subsequent years and

THE SOUTH FOUR FEET OF LOT 6 AND ALL OF LOT 7 IN THE SUBDIVISION OF THAT PART OF LOT 17 IN THE WEST HALF OF THE WEST HALF OF SECTION 15, TOWNSHIP 37 NORTH, RANGE 14, LYING EAST OF THORTON, EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY, ILLINOIS.

Permanent Index Number (PIN): __25-15-318-020-0000__

Address(es) of Real Estate: __10951 S. MICHIGAN AVE. CHICAGO, IL. 60628__

DATED this __28__ day of __May__ 200__

PLEASE PRINT OR TYPE NAME(S) BELOW SIGNATURE(S)
x __Raymie G. Henderson__ (SEAL) _____ (SEAL)
x _____ (SEAL) _____ (SEAL)

State of Illinois, County of _____ ss. I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that

"OFFICIAL SEAL"
MARGARET C. PAWLAK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/3/02
Com. No #212178

IMPRESS SEAL HERE

personally known to me to be the same person__ whose name__ subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that __h__ signed, sealed and delivered the said instrument as _____ free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal, this __28th__ day of __May__ 19__2002__
Commission expires __10/3/02__ 19__ __Margaret Pawlak__
                                              NOTARY PUBLIC
This instrument was prepared by _____

PAGE 1                                  (NAME AND ADDRESS)

SEE REVERSE SIDE ►

**EXHIBIT B**

0021144580

## STATEMENT BY GRANTOR AND GRANTEE
### (55 ILCS 5/3 5020 B)

The Grantor or his Agent affirms that, to the best of his knowledge, the name of the Grantee shown on the Deed or Assignment of Beneficial Interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated 10/17, 2002

Signature: _____
                Grantor or Agent

Subscribed and sworn to before me
by the said KIM E. SOSA
this 17th day of OCTOBER, 2002.
Notary Public

"OFFICIAL SEAL"
K. E. Sosa
Notary Public, State of Illinois
My Commission Exp. 08/01/2005

The Grantee or his Agent affirms and verifies that the name of the Grantee shown on the Deed or Assignment of Beneficial Interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire and hold title to real estate under the laws of the State of Illinois.

Dated 10/17, 2002

Signature: _____
                Grantee or Agent

Subscribed and sworn to before me
by the said KIM E. SOSA
this 17th day of OCTOBER, 2002.
Notary Public

"OFFICIAL SEAL"
K. E. Sosa
Notary Public, State of Illinois
My Commission Exp. 08/01/2005

NOTE: Any person who knowingly submits a false statement concerning the identity of a Grantee shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attach to Deed or ABI to be recorded in Cook County, Illinois, if exempt under the provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)

EUGENE "GENE" MOORE