REAL ESTATE CONTRACT

1. Seller, _____ R.E. _____, or assignee, hereby agrees to convey to Purchaser, Ray Henderson on nominee, the real estate commonly known as: 16951 S. Mich____ IL., and legally described as:

Permanent Index Number: _____

2. The price is $ 10,000 . Purchaser has deposited as earnest money $ 3,000 in the form of certified busne check, cashier's check, or cash, to be held by Seller. Additional earnest money in the amount of $_____ Shall be deposited with Seller by Purchaser on or before _____.

3. The balance of the purchase price, 7,000 _____ shall be due at closing in the form of cash, certified check, or cashier's check on _7 0 days?

4. This is an "as is" transaction. Seller specifically excludes any and all warranties, including, but not limited to, warranties of fitness, habitability, and/or merchantability.

5. Closing shall be on or about Feb 13 2008 at the office of Seller or at Chicago Title Insurance Company, Loop Office. Title shall be conveyed in the form of a recordable trustee's deed/recordable quit claim deed.

6. Title shall be conveyed subject only to: general taxes for the year _____, and subsequent years; special taxes and/or assessments not yet due or not yet completed; building lines; building and liquor restrictions of record; building and zoning laws and ordinances; private, public and utility easements; covenants and restrictions or record; party wall rights and agreements; existing leases and tenancies; if any; local, municipal, county, state, and/or federal building, zoning, and housing codes and violations thereof; if any; and violations thereof; if any; restrictions of record not affected by the issuance of a tax deed.

7. Possession shall be delivered upon the signing of said articles. OR Purchaser shall take possession subject to the possession of the current occupants.

8. There shall be no proration. ~~Seller shall pay all real estate taxes through the current outstanding bill only~~.

9. This contract is subject to Seller obtaining title to the subject property within 90 days of the date of this contract.

10. Purchaser shall obtain a title commitment from Chicago Title Insurance Company at the time that actual title is transferred. Purchaser shall provide a copy of said commitment to Purchaser at closing. The closing shall take place at Chicago Title Insurance Company, Loop Office or at the office of Seller's attorney. Purchaser shall pay of reimburse Seller for any and all fees related to said title commitment and said closing.

11. If Purchaser desires a survey, Purchaser shall obtain the same at Purchaser's cost.

PURCHASER(S): _____

SELLER(S): _____
By: _____

Address: _____

Purchaser's SS Number _____

Phone/Fax Numbers: _____

Date of Offer: _____ Date of Acceptance: 11-13-01

EXHIBIT C