

# COOK COUNTY RECORDER OF DEEDS
## EUGENE "GENE" MOORE

Support | Help | Document Container | Account Information | Search Menu

Add To Document Container

[Back One Page]

Documents for PIN: 25-15-318-020-0000  Result Matches: [1 - 20 of 20]

| Document No. | Document Type | Date Recorded | Grantor/Trust No. | Grantee/Trust No. | Prior Document |
|---|---|---|---|---|---|
| 0601342029 | TRUSTEES DEED | 01/13/2006 | CHICAGO TITLE LAND TRUST CO TR / 132544 | FURLOW CHRISTOPHER | |
| 0600404010 | MORTGAGE | 01/04/2006 | FURLOW CHRISTOPHER C | SHOREBANK | |
| 0600404013 | ASSIGNMENT | 01/04/2006 | FURLOW CHRISTOPHER C | SHOREBANK | |
| 0419431097 | DEED IN TRUST | 07/12/2004 | S I BOO LLC | LASALLE BK TR / 132544 | |
| 0402739046 | DEED | 01/27/2004 | COOK COUNTY TREASURER | S I BOO LLC | |
| 0311410091 | QUIT CLAIM DEED | 04/24/2003 | HENDERSON RAYMIE G | WRIGHT AUGUSTUS | |
| 0030217543 | MORTGAGE | 02/14/2003 | HENDERSON RAYMIE G | REAL EST INVEST PARTNERS CLUB | |
| 0021330225 | QUIT CLAIM DEED | 12/03/2002 | SHERWIN REAL ESTATE | HENDERSON RAYMIE G | |
| 0021144580 | WARRANTY DEED | 10/18/2002 | HENDERSON RAYMIE G | WRIGHT AUGUSTUS | |
| 0010262172 | WARRANTY DEED | 04/03/2001 | REALTY ASSET PROP LTD | SHERWIN REAL EST INC | |
| 00745391 | LIS PENDENS | 09/25/2000 | CHICAGO CITY | REALTY ASSET PROPERTIES LTD | |
| 99828691 | ASSIGNMENT | 08/31/1999 | FIRST UNION NATL BK | CAPITAL ASSET RESEARCH CORP LTD | |
| 99193641 | DEED | 02/26/1999 | COOK COUNTY CLERK | REALTY ASSET PROPERTIES LTD | |
| 08176227 | ASSIGNMENT | 12/28/1998 | FIRST UNION NATIONAL BANK TR / 1998A | CAPITAL ASSET RESEARCH CORP LTD | |
| 98303214 | LIEN | 04/16/1998 | CHICAGO CITY | SIMS WILLIE | |
| 97617609 | LIS PENDENS | 08/22/1997 | MUNICIPAL TAX DEEDS INC | UNKNOWN | |
| 95103438 | WARRANTY DEED | 02/10/1995 | KELLY LORETTA | TURNER DEOTIS | |
| 95103439 | MORTGAGE | 02/10/1995 | KELLY LORETTA | SCHOFIELD MIRUM | |
| 88409888 | AGREEMENT | 09/08/1988 | SCHOFIELD MIRUM | SCHOFIELD MIRUM | |
| 86564751 | ASSIGNMENT | 11/26/1986 | PITTSBURGH NATL BK | CITY FED SAV BK | |

**COOK COUNTY RECORDER OF DEEDS DISCLAIMER**

While the Cook County Recorder of Deeds (CCRD) attempts to keep this website up to date with existing law and policies, the CCRD does not guarantee the accuracy of any of the information contained herein, including, but not limited to, database information and document images. CCRD also does not guarantee the legality of the documents and database information contained herein and accepts no liability for any damages incurred, whether directly, indirectly, incidental, punitive or consequential, as a result of any errors, omissions or discrepancies in any information published on this website or any use of this website, including, but not limited to use of on-line forms or affidavits.

Copyright © 2007 Cook County Recorder of Deeds. All rights reserved.
Please Call 312-603-5050 if you have general information questions about the Cook County Recorder of Deeds office. At the end of the message a live operator will assist you.
For assistance with the use of this website, please click here rodsupport@cookcountygov.com or call 312-603-5154 Monday - Friday between the hours of 8:30 a.m. and 4:30 p.m. CDT.



EXHIBIT D