```
0021330225
3550/0195 50 001 Page 1 of  3
2002-12-03  15:05:03
Cook County Recorder     48.50
```



0021330225

## QUIT CLAIM DEED

THE GRANTOR, **SHERWIN REAL ESTATE, INC.** of the City of Evanston, County of Cook, State of Illinois, for and in consideration of TEN DOLLARS and other good and valuable consideration, in hand paid, CONVEYS and QUIT CLAIMS to

### RAYMIE G. HENDERSON

all interest in the following described real estate situated in the County of Cook in the State of Illinois, to wit:

THE SOUTH FOUR FEET OF LOT 6 AND ALL OF LOT 7 IN THE SUBDIVISION OF THAT PART OF LOT 17 IN THE WEST HALF OF THE WEST HALF OF SECTION 15, TOWNSHIP 37 NORTH, RANGE 14, LYING EAST OF THE THORTON, EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY, ILLINOIS

Commonly known as: 10951 S. MICHIGAN AVE., CHICAGO, IL 60628

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.

Permanent Real Estate Index Number(s): 25-15-318-020-000

Address(es) of Real Estate: 10951 S. MICHIGAN AVE., CHICAGO, IL 60628

As of this 25th day of November, 2002

**SHERWIN REAL ESTATE, INC.**

By: _____

Its: _____Vice President_____

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF COOK      )

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that _____, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he signed, sealed and delivered the said instrument as his free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal, this 25 day of November, 2002.

OFFICIAL SEAL
BARBARA RAMIREZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/22/03

NOTARY PUBLIC

Commission expires_____

This instrument was prepared by, and should be returned after recording to:
Gwendolyn S. Harris
Flamm & Teibloom, Ltd.
20 N. Clark Street, Suite 2200
Chicago, IL 60602

Send Subsequent Tax Bills To:

Augustus D. Wright
6804 S. South Chicago Ave.
Chicago, IL 60637



EXHIBIT E

TOTAL P.03

0021330225

## STATEMENT BY GRANTOR AND GRANTEE

The grantor or his agent affirms that, to the best of his knowledge, the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated 12/2, 20 02    Signature: _____
                                   Grantor or Agent

Subscribed and sworn to before
me by the said_____
this_____day of_____,
20____.
Notary Public_____

"OFFICIAL SEAL"
JOHN W. STANKO JR.
Notary Public, State of Illinois
My Commission Expires 02/19/06

The grantee or his agent affirms and verifies that the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illino a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire and hold title to real estate under the laws of the State of Illinois.

Dated 12/2, 20 02    Signature: _____
                                   Grantee or Agent

Subscribed and sworn to before
me by the said_____
this_____day of_____,
20____.
Notary Public_____

"OFFICIAL SEAL"
JOHN W. STANKO JR.
Notary Public, State of Illinois
My Commission Expires 02/19/06

NOTE: Any person who knowingly submits a false statement concerning the identity of a grantee shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Atach to deed or ABI to be recorded in Cook County, Illinois, if exempt under the provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)