## QUIT CLAIM DEED

THE GRANTOR, RAYMIE G. HENDERSON, of the City of Chicago, County of Cook, State of Illinois, for and in consideration of TEN DOLLARS and other good and valuable consideration, in hand paid, CONVEYS and QUIT CLAIMS to



Eugene "Gene" Moore  Fee: $28.50
Cook County Recorder of Deeds
Date: 04/24/2003 12:21 PM  Pg: 1 of 3

AUGUSTUS WRIGHT, of 6804 S. South Chicago, Chicago, IL 60637

all interest in the following described real estate situated in the County of Cook in the State of Illinois, to wit:

THE SOUTH FOUR FEET OF LOT 6 AND ALL OF LOT 7 IN THE SUBDIVISION OF THAT PART OF LOT 17 IN THE WEST HALF OF THE WEST HALF OF SECTION 15, TOWNSHIP 37 NORTH, RANGE 14, LYING EAST OF THE THORTON, EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY, ILLINOIS

Commonly known as: 10951 S. MICHIGAN AVE., CHICAGO, IL 60628

hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.

Permanent Real Estate Index Number: 25-15-318-020-0000

Address of Real Estate: 10951 S. MICHIGAN AVE., CHICAGO, IL 60628

As of this _7th_ day of February, 2003

_____
Raymie G. Henderson

EXEMPT PURSUANT TO Section 31-45(d) OF THE PROPERTY TAX CODE, 35 ILCS 200/31-45(d) (CORRECT AND MODIFY PREVIOUSLY RECORDED DEED)

_____
Christopher M. Martin, Attorney



EXHIBIT F

STATE OF ILLINOIS      )
                       ) SS.
COUNTY OF COOK         )

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that Raymie G. Henderson, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that he signed, sealed and delivered the said instrument as his free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

Given under my hand and official seal this 7th day of February, 2003.

"OFFICIAL SEAL"
Christopher M. Martin
Notary Public, State of Illinois
My Commission Exp. 08/30/2003

_____
NOTARY PUBLIC

Commission expires _____9/30_____ 200<u>3</u>

This instrument was prepared by, and should be returned after recording to:

Christopher M. Martin
Flamm & Teibloom, Ltd.
20 N. Clark Street, Suite 2200
Chicago, IL 60602

Send Subsequent Tax Bills To:

Augustus D. Wright
6804 S. South Chicago Ave.
Chicago, IL 60637

## STATEMENT BY GRANTOR AND GRANTEE

The grantor or his agent affirms that, to the best of his knowledge, the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated: ____4-24____, 20_03_   Signature: _____
                                          Grantor or Agent

Subscribed and sworn to before
me by the said __Cristopher Martin__
this __24__ day of __April__,
20_03_.

_____
Notary Public

"OFFICIAL SEAL"
Mary Cabrera
Notary Public, State of Illinois
My Commission Exp. 07/31/2005

The grantee or his agent affirms and verifies that the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire and hold title to real estate under the laws of the State of Illinois.

Dated: ____4-24____, 20_03_   Signature: _____
                                          Grantee or Agent

Subscribed and sworn to before
me by the said __Cristopher Martin__
this __24__ day of __April__,
20_03_.

_____
Notary Public

"OFFICIAL SEAL"
Mary Cabrera
Notary Public, State of Illinois
My Commission Exp. 07/31/2005

NOTE:   Any person who knowingly submits a false statement concerning the identity of a grantee shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attach to deed or ABI to be recorded in Cook County, Illinois, if exempt under the provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)