UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | No. 08 CR 0106 |
| | ) | |
| RAYMIE HENDERSON, | ) | Judge James B. Moran |
| NOWELL PATRICK LANDO and | ) | |
| AUGUSTUS WRIGHT, | ) | |

TO: Lisa M. Nollar, AUSA         Robert Habib, Esq.            Eugene Steingold, Esq.
    Megan C. Church, AUSA        77 West Washington St.        111 W. Washington St.
    219 South Dearborn St        Suite 411                     Suite 1050.
    5th Floor                    Chicago, IL 60602             Chicago, IL 60602
    Chicago, IL 60604

### NOTICE OF FILING

PLEASE TAKE NOTICE that on April 30, 2008, I caused to be filed with Clerk of the United States District Court for the Northern District of Illinois, Eastern Division defendant, Augustus Wright's Reply To Government's Response To Motion To Dismiss Count One of the Indictment Because The Applicable Statute of Limitations For the Offense of Money Laundering Expired Before The Government Indicted The Defendants, a copy of which is attached and served upon you.

/s/Stanley L. Hill

### CERTIFCATE OF SERVICE

I, STANLEY L. HILL, an attorney, certify that I caused a copy of the foregoing NOTICE OF FILING and Augustus Wright's Reply To Government's Response To Motion To Dismiss Count One of the Indictment Because The Applicable Statute of Limitations For the Offense of Money Laundering Expired Before The Government Indicted The Defendants, to be electronically filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division via the CM/ECF e-filing system which sent electronic notification of the filing the same day to the above-captioned persons, and by serving upon the above-named counsel, via personal U.S. mail before 5:00 p.m. on the 30th day of April, 2008.

/s/Stanley L. Hill

**STANLEY L. HILL & ASSOCIATES, P.C.**
651 West Washington Boulevard Suite 205
Chicago, Illinois 60661
T. (312) 917-8888
F. (312) 781-9401
E. stanhill@core.com
W. stanhilllaw.com