UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 106-3 |
| | ) | |
| | ) | Judge Elaine E. Bucklo |
| AUGUSTUS WRIGHT | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This cause comes before the Court on motion of the United States for entry of a preliminary order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 982(a)(1), and Fed. R. Crim. P. 32.2, and the Court being fully informed hereby finds as follows:

(a) On February 5, 2008, an indictment was returned charging defendant AUGUSTUS WRIGHT, and others, with money laundering offenses pursuant to the provisions of Title 18, United States Code, Section 1956;

(b) The indictment sought forfeiture to the United States of specific property pursuant to the provisions of 18 U.S.C. § 982(a)(1);

(c) Beginning on December 1, 2008, a jury trial was held before this Court.

(d) On December 4, 2008, the jury returned a verdict of guilty against defendant AUGUSTUS WRIGHT on Count of the indictment, thereby making the property named in the indictment subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1);

(e) On December 4, 2008, upon consideration of the forfeiture allegations in the indictment, the jury returned a special forfeiture verdict finding funds in the amount of $240,000 subject to forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1);

(f) Accordingly, the United States seeks forfeiture of all right, title, and interest that defendant AUGUSTUS WRIGHT may have in funds in the amount of $240,000 so that the funds may be disposed of according to law;

(g) As funds in the amount of $240,000 are subject to forfeiture, the government requests that this Court enter a preliminary order of forfeiture, pursuant to 18 U.S.C. § 982(a)(1), forfeiting all right, title, and interest of AUGUSTUS WRIGHT in the foregoing funds for disposition according to law;

(h) If any of the funds in the amount of the $240,000 money judgment entered against AUGUSTUS WRIGHT , as a result of any act or omission of the defendant:

    1. cannot be located upon the exercise of due diligence;

    2. has been transferred or sold to, or deposited with, a third party;

    3. has been placed beyond the jurisdiction of the Court;

    4. has been substantially diminished in value, or

    5. has been commingled with other property which cannot be divided without difficulty;

the United States requests that this Court order the forfeiture of any other property belonging to the defendant up to the value of $240,000 pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), in order to satisfy the money judgment entered by the Court;

(i) Pursuant to the provisions of 18 U.S.C. § 982(a)(2), and to the terms of the jury verdict as to defendant AUGUSTUS WRIGHT, the United States seeks forfeiture of all right, title, and interest that defendant AUGUSTUS WRIGHT may have in the foregoing funds in the amount of $240,000, so that the funds may be disposed of according to law.

(j) The United States requests that the terms and conditions of this preliminary order of forfeiture entered by the Court be made part of the sentence imposed against defendant AUGUSTUS WRIGHT and included in any judgment and commitment order entered in this case against him.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That, a judgment is entered against defendant AUGUSTUS WRIGHT in the amount of $240,000. It is further ordered,

2. That, pursuant to the provisions of Title 18, United States Code, Section 982(a)(2) Fed R. Crim P. 32.2, and to the terms of the jury's verdict, all right, title and interest of defendant AUGUSTUS WRIGHT in funds in the amount of $240,000, is hereby forfeit to the United States of America for disposition according to law. It is further ordered,

3. That, the terms and conditions of this preliminary order of forfeiture are part of the sentence imposed against defendant AUGUSTUS WRIGHT and shall be made part of any judgment and commitment order entered in this case against him. It is further ordered,

4. This Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

_Elaine E. Bucklo_
ELAINE E. BUCKLO
United States District Court

DATED: 12/21/09

6