# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff-Appellee,* | ) | **No. 08 CR 00106** |
| | ) | **The Honorable Elaine E. Bucklo** |
| **v.** | ) | |
| | ) | |
| **AUGUSTUS WRIGHT,** | ) | |
| | ) | |
| *Defendant-Appellant.* | ) | |

**TO:**   Lisa M. Noller
Megan Cunniff Church
Assistant U.S. Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois  60604

## NOTICE OF FILING

Please take notice that on January 29, 2010, I caused to be filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, Defendant-Appellant's Notice of Appeal, a copy of which is attached hereto and hereby served upon you.

/s/ Yelena A. Dolgosheeva

## CERTIFICATE OF SERVICE

I, Yelena A. Dolgosheeva, an attorney, certify that I caused a copy of the foregoing Notice of Filing and Defendant-Appellant's Notice of Appeal, to be electronically filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division, via the CM/ECF e-filing system which sent electronic notification of the filing the same day and via personal hand-delivery on February 1, 2010.

/s/ Yelena A. Dolgosheeva

STANLEY L. HILL & ASSOCIATES, P.C.
651 West Washington Boulevard, Suite 205
Chicago, Illinois 60661
T. 312.917.8888
F. 312.781.9401
E. stanhill@core.com
W. *www.stanhilllaw.com*