# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

UNITED STATES OF AMERICA

                  Plaintiff,

v.                                        Case No.: 1:08−cr−00106
                                              Honorable Elaine E. Bucklo

Raymie Henderson, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 10, 2010:

      MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's motion for release pending appeal [371] is denied as to Augustus Wright (3). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.