## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                          Case No.: 1:08−cr−00106
                                          Honorable Elaine E. Bucklo

Raymie Henderson, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 30, 2010:

      MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's motion (379) to reset surrender date heard on 3/30/10 and the motion is granted as to Augustus Wright (3). Accordingly, surrender date is extended to 5/3/10 for the reasons stated in court. No further extensions will be allowed. Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.